**WILLKIE FARR & GALLAGHER** LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

October 4, 2023

**VIA ECF**

The Honorable Denise Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *VR Global Partners, L.P. v. Petróleos de Venezuela S.A., et al.*, 23-cv-5604 (DLC)

Dear Judge Cote:

    We represent Defendant PDV Holding, Inc. ("PDVH") in the above-referenced action. Pursuant to Paragraph 4(F) of Your Honor's Individual Practices in Civil Cases, we write to respectfully request oral argument for PDVH, and the remaining Defendants, Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A., on Defendants' Motion to Dismiss, filed contemporaneously with this letter.

Respectfully submitted,

s/ Jeffrey B. Korn

Jeffrey B. Korn

cc: Kevin P. Broughel, Esq.
    Christopher J. Clark, Esq.