```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
VR GLOBAL PARTNERS, L.P.,               :
                                        :
                        Plaintiff,      :    23cv5604 (DLC)
            -v-                         :
                                        :         ORDER
PETROLEOS DE VENEZUELA, et al.,         :
                                        :
                        Defendants.     :
----------------------------------------X
```

DENISE COTE, District Judge:

On October 4, 2023, defendants filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by October 25, 2023. It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by November 15, 2023. Defendants' reply, if any, shall be filed by December 13.

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:  New York, New York
        October 5, 2023

                                    _____
                                         DENISE COTE
                                    United States District Judge