```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
VR GLOBAL PARTNERS, L.P.,                :
                                         :
                          Plaintiff,     :   23cv5604 (DLC)
                -v-                      :
                                         :   ORDER
PETROLEOS DE VENEZUELA, et al.,          :
                                         :
                          Defendants.    :
-----------------------------------------X
```

DENISE COTE, District Judge:

This case is substantively connected to Petroleos de Venezuela S.A. et. al v. MUFG Union Bank, N.A., et. al, No. 19cv10023, which was assigned to the Honorable Katherine Polk Failla. On November 12, 2020, the defendants appealed Judge Failla's finding of summary judgment in that case. On October 13, 2022, the Second Circuit Court of Appeals reserved its decision and certified questions to the New York Court of Appeals. On February 20, 2024, the New York Court of Appeals issued a decision addressing one of the Second Circuit's questions. Accordingly, it is hereby

ORDERED that each party file a letter no longer than three (3) pages by April 2, 2024 addressing the impact of the New York Court of Appeal's decision on the litigation before this Court and on the pending motion to dismiss.

Dated:    New York, New York
          March 26, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge