**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
VR GLOBAL PARNTERS, L.P.,

                Plaintiff,

  -against-                                          23 **CIVIL** 5604 (DLC)

                                                                 **JUDGMENT**

PETROLEOS DE VENEZUELA, et al.,

                Defendants.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated April 8, 2024, the defendants' November 29, 2023 motion to dismiss the FAC is granted; accordingly, the case is closed.

**Dated:**  New York, New York

    April 8, 2024

                                                               **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                       **BY:**          K. Mango

                                                               **Deputy Clerk**